**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 3, 2008

CASE TITLE:   CHUCK MACCONNACH-v-FIRST FRANKLIN FINANCIAL CORP.
RECEIVED FROM: Southern District of New York

CASE NUMBER:   CV 08-04154 CRB

TO COUNSEL OF RECORD:

     The above entitled action has been transferred to this District. All future filings should reflect the above case number.

     Sincerely,

     RICHARD W. WIEKING, Clerk

     by: Sheila Rash
     Case Systems Administrator

o:\mrg\civil\transin.mrg