1  Terry E. Sanchez (State Bar No. 101318)
     *terry.sanchez@mto.com*
2  Katherine M. Forster (State Bar No. 217609)
     *katherine.forster@mto.com*
3  **MUNGER TOLLES & OLSON LLP**
   355 S. Grand Ave., 35th Floor
4  Los Angeles, California 90071
   Phone:  (213) 683-9538
5  Facsimile:  (213) 593-2838

6  George A. Hanson (admitted *pro hac*)
     *hanson@stuevesiegel.com*
7  Richard M. Paul III (admitted *pro hac*)
     *paul@stuevesiegel.com*
8  **STUEVE SIEGEL HANSON LLP**
   460 Nichols Road, Suite 200
9  Kansas City, Missouri 64112
   Phone:  (816) 714-7100
10 Facsimile:  (816) 714-7101

11 Eric H. Gibbs (State Bar No. 178658)
     *ehg@girardgibbs.com*
12 Dylan Hughes (State Bar No. 209113)
     *dsh@girardgibbs.com*
13 **GIRARD GIBBS LLP**
   601 California Street, Suite 1400
14 San Francisco, California 94108
   Phone: (415) 981-4800
15 Facsimile: (415) 981-4846

16                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
17

18

19

20 CHUCK MacCONNACH and WALTER          Case No. 3:08-cv-04154 CRB
   SCHMIDT, individually, and on behalf of all
21 others similarly situated,

22                          Plaintiffs,            **STIPULATION AND**
                                                   **[PROPOSED] ORDER TAKING**
                                                   **STATUS CONFERENCE OFF**
23        v.                                       **CALENDAR AND SETTING**
                                                   **DEADLINE FOR FURTHER**
24 FIRST FRANKLIN FINANCIAL                        **ACTION**
   CORPORATION, and MERRILL LYNCH &
25 CO., INC., GLOBAL MARKETS AND
   INVESTMENT BANKING GROUP,
26
                           Defendants.
27

28

7648996.1                                    STIPULATION AND [PROPOSED] ORDER CV 08-
                                             04154

1   WHEREAS, a status conference is currently set in this matter for Friday, May 1,

2   2009;

3   WHEREAS, the parties have entered into a Term Sheet Settlement Agreement;

4   and

5   WHEREAS, the parties are currently working on a formal stipulation of settlement

6   and associated exhibits, which they will present to this Court for approval;

7   NOW, THEREFORE,

8   IT IS HEREBY STIPULATED by and among the parties hereto, through their

9   respective counsel of record, as follows:

10   1.   The May 1, 2009, status conference shall be taken off calendar; and

11   2.   On or before June 1, 2009, the parties shall file either a joint motion for settlement

12   approval or a status report informing the Court of their progress in finalizing the formal

13   stipulation of settlement.

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

STIPULATION AND [PROPOSED] ORDER CV 08-
04154

1

DATED: April 22, 2009                    By:   /s/
2                                              Terry E. Sanchez
                                               Katherine M. Forster
3                                              MUNGER TOLLES & OLSON LLP
                                               355 S. Grand Ave., 35th Floor
4                                              Los Angeles, Ca 90071
                                               Tel:  213-683-9538
5                                              Fax:  213-593-2838
                                               Email: terry.sanchez@mto.com
6                                              Email: katherine.forster@mto.com

7                                              Attorneys for Defendants
                                               First Franklin Financial Corporation and
8                                              Merrill Lynch & Co., Inc., as named and as
                                               erroneously sued as Global Markets and
9                                              Investment Banking Group

10

11   DATED: April 22, 2009                    By:   /s/
                                               George A. Hanson
12                                             Richard M. Paul III
                                               STUEVE SIEGEL HANSON LLP
13                                             460 Nichols Road, Suite 200
                                               Kansas City, Mo 64112
14                                             Tel:  816-714-7100
                                               Fax:  816-714-7101
15                                             Email: hanson@stuevesiegel.com
                                               Email: paul@stuevesiegel.com
16
                                               Eric H. Gibbs
17                                             Dylan Hughes
                                               GIRARD GIBBS LLP
18                                             601 California Street, Ste 1400
                                               Tel:  415-981-4800
19                                             Fax:  415-981-4846
                                               Email: ehg@girardgibbs.com
20                                             Email: dsh@girardgibbs.com

21                                             Attorneys for Plaintiffs

22                                 **ORDER**

23            PURSUANT TO STIPULATION, IT IS SO ORDERED,

24

25   Dated:   April 23, 2009          _____

26                                    United States District

27

28
                                    - 3 -
                         7648996.1          STIPULATION [PROPOSED] ORDER CV 08
                                            04154

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA