1  Terry E. Sanchez (State Bar No. 101318)
     *terry.sanchez@mto.com*
2  Katherine M. Forster (State Bar No. 217609)
     *katherine.forster@mto.com*
3  **MUNGER TOLLES & OLSON LLP**
   355 S. Grand Ave., 35th Floor
4  Los Angeles, California 90071
   Phone:  (213) 683-9538
5  Facsimile:  (213) 593-2838

6  George A. Hanson (admitted *pro hac*)
     *hanson@stuevesiegel.com*
7  Richard M. Paul III (admitted *pro hac*)
     *paul@stuevesiegel.com*
8  **STUEVE SIEGEL HANSON LLP**
   460 Nichols Road, Suite 200
9  Kansas City, Missouri 64112
   Phone:  (816) 714-7100
10 Facsimile:  (816) 714-7101

11 Eric H. Gibbs (State Bar No. 178658)
     *ehg@girardgibbs.com*
12 Dylan Hughes (State Bar No. 209113)
     *dsh@girardgibbs.com*
13 **GIRARD GIBBS LLP**
   601 California Street, Suite 1400
14 San Francisco, California 94108
   Phone: (415) 981-4800
15 Facsimile: (415) 981-4846

16
            **UNITED STATES DISTRICT COURT**
17           **NORTHERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| CHUCK MacCONNACH and WALTER SCHMIDT, individually, and on behalf of all others similarly situated, | Case No. 3:08-cv-04154 CRB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING FINAL APPROVAL HEARING DATE** |
| v. | |
| FIRST FRANKLIN FINANCIAL CORPORATION, and MERRILL LYNCH & CO., INC., GLOBAL MARKETS AND INVESTMENT BANKING GROUP, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER CV 08-04154

8639191.1

1  WHEREAS, the date for the final approval hearing in this matter is currently set
2  for October 16, 2009;

4  WHEREAS, the parties must provide notice to the class of the settlement, receive
5  responses from the class to the notice, and submit final approval papers to the court before the
6  final approval hearing; and

8  WHEREAS, the parties have determined that the October 16, 2009, hearing date
9  would not provide sufficient time to complete these activities, and in particular would not give the
10 class a full 45 days to respond to the notice of class settlement as provided in the settlement
11 agreement;

13  NOW, THEREFORE,

15  IT IS HEREBY STIPULATED by and among the parties hereto, through their
16 respective counsel of record, as follows:
17  1.  The date of the final approval hearing shall be continued from October 16, 2009,

1  to November 13, 2009, to allow the class sufficient time to respond to the notice of class

2  settlement and to give the parties adequate time to submit their final approval papers to the court.

3  DATED: August 25, 2009

By: /s/
Terry E. Sanchez
Katherine M. Forster
MUNGER TOLLES & OLSON LLP
355 S. Grand Ave., 35th Floor
Los Angeles, Ca 90071
Tel:  213-683-9538
Fax:  213-593-2838
Email: terry.sanchez@mto.com
Email: katherine.forster@mto.com

Attorneys for Defendants
First Franklin Financial Corporation and
Merrill Lynch & Co., Inc., as named and as
erroneously sued as Global Markets and
Investment Banking Group

DATED: August 25, 2009

By: /s/
George A. Hanson
Richard M. Paul III
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Mo 64112
Tel:  816-714-7100
Fax:  816-714-7101
Email: hanson@stuevesiegel.com
Email: paul@stuevesiegel.com

Eric H. Gibbs
Dylan Hughes
GIRARD GIBBS LLP
601 California Street, Ste 1400
Tel:  415-981-4800
Fax:  415-981-4846
Email: ehg@girardgibbs.com
Email: dsh@girardgibbs.com

Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: August 28, 2009

_____
United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

8639191.1                                - 3 -                    STIPULATION AND [PROPOSED] ORDER CV 08-04154