Eric H. Gibbs (State Bar No. 178658)
*ehg@girardgibbs.com*
Dylan Hughes (State Bar No. 209113)
*dsh@girardgibbs.com*
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Phone: (415) 981-4800
Facsimile: (415) 981-4846

George A. Hanson (admitted *pro hac vice*)
*hanson@stuevesiegel.com*
Richard M. Paul III (admitted *pro hac vice*)
*paul@stuevesiegel.com*
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Facsimile: (816) 714-7101

Terry E. Sanchez (State Bar No. 101318)
*terry.sanchez@mto.com*
Katherine M. Forster (State Bar No. 217609)
*katherine.forster@mto.com*
**MUNGER TOLLES & OLSON LLP**
355 S. Grand Ave., 35th Floor
Los Angeles, California 90071
Phone: (213) 683-9538
Facsimile: (213) 593-2838

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHUCK MacCONNACH et al., individually, and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>FIRST FRANKLIN FINANCIAL CORP., et al.,<br><br>                              Defendants. | Case No. 3:08-cv-04154 CRB<br><br>**STIPULATION AND [PROPOSED]** ~~~~<br>**ORDER EXTENDING FILING DEADLINES** |

1  WHEREAS, the hearing date for the motion for final approval of class and collective action settlement and motion for attorney fees and expenses ("Motions") in this matter is currently set for November 13, 2009;

WHEREAS, the deadline for submitting the Motions, pursuant to Local Rule 7-3(c), is Friday, October 30, 2009;

WHEREAS, there are no objections from class members (or anyone else) to either the terms of the settlement or the request for attorney fees and costs, and the Motions are otherwise unopposed;

WHEREAS, the parties are working diligently to finalize the data underlying the settlement so they may provide the Court with accurate and thorough information concerning the Motions, and respectfully seek an extension of the filing deadline by three business days so that they may complete that process;

IT IS HEREBY STIPULATED by and among the parties hereto, through their respective counsel of record, as follows:

1. Plaintiffs shall file their Unopposed Motion for Final Approval of Settlement and Unopposed Motion for Attorney Fees and Expenses, and all supporting documents, no later than Wednesday, November 4, 2009, or sooner, if reasonably possible.

DATED:  October 30, 2009                    By:   /s/ Eric H. Gibbs

Dylan Hughes
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Phone: (415) 981-4800
Facsimile: (415) 981-4846
Email: ehg@girardgibbs.com
Email: dsh@girardgibbs.com

1
STIPULATION AND [PROPOSED] ORDER EXTENDING FILING DEADLINES
CASE NO. 3:08-cv-04154

|   |   |
|---|---|
|   | George A. Hanson |
|   | Richard M. Paul III |
|   | **STUEVE SIEGEL HANSON LLP** |
|   | 460 Nichols Road, Suite 200 |
|   | Kansas City, Missouri 64112 |
|   | Phone: (816) 714-7100 |
|   | Facsimile: (816) 714-7101 |
|   | Email: hanson@stuevesiegel.com |
|   | Email: paul@stuevesiegel.com |
|   |   |
|   | Attorneys for Plaintiffs |
| DATED:  October 30, 2009 | By:   /s/ Terry E. Sanchez |
|   | Katherine M. Forster |
|   | **MUNGER TOLLES & OLSON LLP** |
|   | 335 S. Grand Ave., 35th Floor |
|   | Los Angeles, Ca 90071 |
|   | Tel: 213-683-9538 |
|   | Fax: 213-593-2838 |
|   | Email: terry.sanchez@mto.com |
|   | Email: katherine.forster@mto.com |
|   |   |
|   | Attorneys for Defendants |
|   | First Franklin Financial Corporation and Merrill Lvnch & Co., Inc., as named and as erroneously sued as Global Markets and Investment Banking Group |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATE:   Novmeber 10, 2009

_____
THE HONORABLE CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*