Eric H. Gibbs (State Bar No. 178658)
*ehg@girardgibbs.com*
Dylan Hughes (State Bar No. 209113)
*dsh@girardgibbs.com*
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Phone: (415) 981-4800
Facsimile: (415) 981-4846

George A. Hanson (admitted *pro hac vice*)
*hanson@stuevesiegel.com*
Richard M. Paul III (admitted *pro hac vice*)
*paul@stuevesiegel.com*
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Facsimile: (816) 714-7101

Terry E. Sanchez (State Bar No. 101318)
*terry.sanchez@mto.com*
Katherine M. Forster (State Bar No. 217609)
*katherine.forster@mto.com*
**MUNGER TOLLES & OLSON LLP**
355 S. Grand Ave., 35th Floor
Los Angeles, California 90071
Phone: (213) 683-9538
Facsimile: (213) 593-2838

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHUCK MacCONNACH et al., individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIRST FRANKLIN FINANCIAL CORP., et al.,<br><br>    Defendants. | Case No. 3:08-cv-04154<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR RESENDING NOTICE TO CLASS MEMBERS AND IMPLEMENTING A REVISED SCHEDULE** |

On July 24, 2009, the Court approved the settlement of the FLSA collective action in this case and granted preliminary approval of the proposed settlement in the Rule 23 class action. [Doc. #51]. Pursuant to the Court's Order, the parties' proposed allocation formula was used to calculate awards for the FLSA and Rule 23 class members and notice was sent to the class members by first class mail. (*Id.* at 2-3). To date, there have been no objections to the settlement. A hearing for the motions for final approval of the settlements and for attorney fees and expenses is set for November 13, 2009.[1]

In the course of finalizing the settlement data, however, the parties have discovered an error in the settlement allocation formula used to calculate the class members' awards. The error stems from the parties' examination of the Defendants' payroll data; the payroll data came from two different sources and proved to be exceedingly complex, making it difficult to merge into one comprehensive source for calculation purposes. As a result, although Plaintiffs' calculation error is not substantial in the aggregate, it did not produce the proper allocations for the class members.

The parties believe that notice should be resent to all eligible Plaintiffs and class members, informing them of the correct estimated settlement allocations, affording them a new opportunity to object to or request exclusion from the settlement, and affording those who did not submit a claim an opportunity to do so.[2] The parties respectfully request that they be directed to submit a proposed schedule to the Court, no later than November 13, 2009, which will govern resending notice, a new time period for the Plaintiffs and class members to respond, and a new date for the final approval hearing.

IT IS HEREBY STIPULATED by and among the parties hereto, through their respective counsel of record, as follows:

---

[1] On October 30, 2009, the parties filed a joint stipulation requesting that Plaintiffs be allowed until November 4, 2009, to file the motions for final approval of the settlements and for attorney fees and expenses.

[2] Plaintiffs will bear the costs associated with this process and will not seek to recover these costs from the maximum settlement amount.

1   The final approval hearing scheduled for November 13, 2009, is postponed; the parties shall submit a proposed schedule to the Court by November 13, 2009, which will govern the resending of notice (consistent with the Settlement Agreement previously approved by the Court), an additional period for class members to respond, and a new date for the final approval hearing.

DATED:  November 4, 2009                             By: /s/

                             Eric H. Gibbs
                             Dylan Hughes
                             **GIRARD GIBBS LLP**
                             601 California Street, Suite 1400
                             San Francisco, California 94108
                             Phone: (415) 981-4800
                             Facsimile: (415) 981-4846
                             Email: ehg@girardgibbs.com
                             Email: dsh@girardgibbs.com


                             George A. Hanson
                             Richard M. Paul III
                             **STUEVE SIEGEL HANSON LLP**
                             460 Nichols Road, Suite 200
                             Kansas City, Missouri 64112
                             Phone: (816) 714-7100
                             Facsimile: (816) 714-7101
                             Email: hanson@stuevesiegel.com
                             Email: paul@stuevesiegel.com

                             Attorneys for Plaintiffs

DATED:  November 4, 2009                             By: /s/

                             Terry E. Sanchez
                             Katherine M. Forster
                             **MUNGER TOLLES & OLSON LLP**
                             335 S. Grand Ave., 35th Floor
                             Los Angeles, Ca 90071
                             Tel: 213-683-9538
                             Fax: 213-593-2838

1
2  Email: terry.sanchez@mto.com
   Email: katherine.forster@mto.com
3
   Attorneys for Defendants
4  First Franklin Financial Corporation and
   Merrill Lynch & Co., Inc., as named and as
5  erroneously sued as Global Markets and
   Investment Banking Group
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED,

5    Dated: November 10, 2009

United States District Court J



4